```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00126
  CATHY A REICH
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

            Debtor
     SSN XXX-XX-9296


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/04/07 and confirmed on 03/16/07.

     2.  The case was dismissed after confirmation, 10/03/2008.

     3.  The Debtor paid a total of $   7413.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE     7089.88            .00        7089.88
CHARTER ONE BANK NA        SECURED               .00            .00            .00
AMERICAN GENERAL FINANCE   SECURED VEHIC         .00            .00            .00
ANTIOCH ANIMAL HOSPITAL    UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          723.31            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         2079.30            .00            .00
FIRST MADISON SERVICES I   SECURED               .00            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7089.88           .00       2802.61         .00       9892.49
PRINCIPAL PAID      7089.88           .00            .00        .00       7089.88
INTEREST PAID            .00          .00            .00        .00            .00
TOTAL PAID          7089.88           .00            .00        .00       7089.88
The Debtor's attorney, ROBERT S THOMAS                , was allowed $        .00
and was paid $         .00 .

The Trustee received $    323.12 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 01/20/09                    /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 00126 CATHY A REICH